**REFERENCE CHART**

| *Claim* | *Citations to Prior Art* |
| --- | --- |
| Claim 1: A container comprising: a container body having and interior surface and exterior surface, said container body is shaped to define an open top and a bottom, | *E.g.* Bean col. 2 l. 52<br>*E.g.* Kang ¶¶ 2, 20, 24, 43 2, 20, Fig. 4<br>*E.g.* Affatato col. 1 l. 54<br>*E.g.* HK Figs 1-2<br>*E.g.* Martin col. 1 l. 33, col. 2 ll. 5-6, Fig. 2<br>*E.g.* Smith `840 col. 1 l. 68<br>*E.g.* Whetsel Figs. 1, 8<br>*E.g.* Soibel col. 1 ll. 44-47, Fig. 1<br>*E.g.* Nagaya abstract, Fig. 1, 4, 8, 10<br>*E.g.* Schofield Fig. 1 |
| wherein said container body is shaped to define a perimetrical ridge surrounding said open top; | *E.g.* Kang ¶ 29, Fig.4, claim 1<br>*E.g.* HK claim 1<br>*E.g.* Martin col. 1 l. 37, col. 2 ll. 19-21, Col. 2 ll. 11-13 Fig. 2<br>*E.g.* Smith `840 col. 2 l. 27 |
| a lid having an interior surface and exterior surface wherein said lid is shaped to define a perimeter, wherein said lid is shaped to define a viewing opening, | *E.g.* Bean col. 3 ll. 4-6, col. 6 l. 65, col. 7 l. 20, Fig. 3<br>*E.g.* Kang ¶¶ 30, 83 Fig. 3, claim 1<br>*E.g.* Affatato col. 2 l. 56, Fig. 3<br>*E.g.* HK claim 1<br>*E.g.* Martin col. 1 l. 38, col 3 ll. 10-13, Fig. 1<br>*E.g.* Smith `840 col. 2 l. 12<br>*E.g.* Soibel col. 3 ll. 6-26, 31-36 |
| wherein said lid is shaped to define a plurality of scent openings within said lid; | *E.g.* Bean col. 3 ll. 20-24, col. 6 l. 65, 20, Fig. 3 (112), Fig. 9 (354)<br>*E.g.* Kang ¶¶ 8, 41, claim 2<br>*E.g.* Affatato col. 2 l. 2, col. 2 l. 11, Fig. 4<br>*E.g.* Martin col. 2 l. 33 & ll. 59-61, Col. 3 ll. 11-13, Fig. 1<br>*E.g.* Friars Fig. 2<br>*E.g.* Nagaya col. 1 l. 64 - col 2 l. 12, 3 ll. 58-59, col. 5 ll. 9-14, Fig. 8<br>*E.g.* Ushimaru Figs. 3-4<br>*E.g.* Schofield Fig. 4<br>*E.g.* Dart Figs. 10-11 |
| a lens affixed to the lid to cover said viewing opening, | *E.g.* Whetsel<br>*E.g.* Bug Jar<br>*E.g.* Bean col. 3 ll. 6-8, col. 4 l. 5, col. 8 l. 38, Figs. 1, 3<br>*E.g.* Kang ¶¶. 14, 40, 43, 83<br>*E.g.* Affatato col. 2 l. 56, Fig. 3, col. 6 l. 16<br>*E.g.* Martin: col. 3 ll. 10-13, Fig. 1<br>*E.g.* Smith `840: col. 1 l. 63-65, col. 2 ll. 17-29 |

| | |
|---|---|
| | *E.g.* Klis Fig. 1<br>*E.g.* The Bud Bar Containers, including the 2011 Containers, the Aroma E-pod, the Aroma Canna Pod, the E-Pod, and the Canna Pod. |
| wherein said lens forms an airtight seal between said lens and said lid; | *E.g.* Bean col. 4 ll. 5-6<br>*E.g.* Kang ¶ 48<br>*E.g.* HK claim 1<br>*E.g.* Martin col. 4 ll. 7-10<br>*E.g.* The Bud Bar Containers, including the 2011 Containers, the Aroma E-pod, the Aroma Canna Pod, the E-Pod, and the Canna Pod. |
| a removable soft plug shaped to cover the scent opening forming an airtight seal; | *E.g.* Bean col. 3 ll. 27-29, col. 4 l. 6, ll. 9-10<br>*E.g.* Affatato col 2. l. 10, col. 2 l., col. 6 ll. 9-10, col. 8 ll. 34 – 36, 45, col. 7 l. 20, Fig. 4,<br>col. 6 ll. 9-10, col. 8 ll. 34 – 36<br>*E.g.* Martin col. 2 ll. 46, col. 4 ll. 8-10 ll. 13 – 15<br>*E.g.* Burnett col. 3, ll. 1-4 and 55-61<br>*E.g.* Dart abstract, Fig. 1 |
| wherein said lid is fitted on the perimetrical ridge of said container body forming a chamber, wherein said plug forms an airtight seal between said plug and said lid completely sealing said chamber. | *E.g.* Bean col. 4 ll. 5-10<br>*E.g.* Kang ¶ 49<br>*E.g.* Martin col. 2 ll. 13, col. 4 l. 10, col. 3 l. 66, col. 4 l. 2, col. 4 l. 10, Fig. 1 |
| Claim 2:<br>The container of claim 1, further comprising a tether affixed to the container body. | *E.g.* Bush Fig. 5<br>*E.g.* Bean col. 5 ll. 41-47, Fig 7<br>*E.g.* The Bud Bar Containers, including the 2011 Containers, the Aroma E-pod, the Aroma Canna Pod, the E-Pod, and the Canna Pod. |
| Claim 3:<br>The container of claim 1, wherein said lid and said container body are comprised of poly(methyl methacrylate). | *E.g.* Smith `840 col 1: ll. 66-67<br>*E.g.* Nagaya col. 3 ll. 11-14<br>*E.g.* Yamatomo ¶¶ 3, 28-29, 37<br>*E.g.* The Bud Bar Containers, including the 2011 Containers, the Aroma E-pod, the Aroma Canna Pod, the E-Pod, and the Canna Pod. |
| Claim 6: The container of claim 1, wherein said container body and lid are round. | *E.g.* Whetsel<br>*E.g.* Bug Jar<br>*E.g.* Soibel col. ll. 6-26<br>*E.g.* Nagaya col. 5 ll. 45-47 |
| Claim 11 | *See above* as for Claim 1. |

Reference Chart - 2

| Claim 12 | *See above* as for Claim 2. |
|---|---|
| Claim 13 | *See above* as for Claim 3. |
| Claim 16 | *See above* as for Claim 16. |