IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01318-NYW

ALL PLASTICS, INC., d/b/a BUD BAR DISPLAYS and BUDBARDISPLAYS.COM, a California corporation,

    Plaintiff,

v.

SAMDAN LLC, d/b/a SMOKUS FOCUS, a South Carolina limited liability company, SAMUEL WHETSEL, an individual and in his capacity as a member of SamDan LLC, and DANIEL RUSSELL-EINHORN, an individual and in his capacity as a member of SamDan LLC,

    Defendants.

## DEFEDANTS' STATEMENT OF GOOD CAUSE

Defendants hereby provide their statement of good cause complaint with D.C.COLO.LPtR 16(b)(3). All revisions to Defendants' invalidity contentions as expressed in the Defendants' Final Invalidity Contention were necessitated either by the construction of terms as set forth in the Claim Construction Order [ECF 122] or by Plaintiff's subsequent disclosure of its prior products after the date of the initial invalidity contentions. Accordingly, good cause exists for all amendments to Defendants' invalidity contentions.

On October 27, 2021 by        *s/* Kammie Cuneo
                                      *Kammie Cuneo*

Thomas P. Howard
James Juo
THOMAS P. HOWARD LLC
842 W South Boulder Road, Suite #100
Louisville, Colorado 80027
Tel: (303) 665-9845
thoward@thowardlaw.com
jjuo@thowardlaw.com
kcuneo@thowardlaw.com

*Attorneys for Defendants*

STATEMENT OF GOOD CAUSE - 2